# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SENECA BROWN, | : | Case No. 3:21-cv-00199 |
| Plaintiff, | : | |
| | : | District Judge Thomas M. Rose |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| ARAMARK CORRECTIONAL SERVICES, LLC, | : | |
| Defendant. | : | |

# ORDER

This case is before the Court on the parties' Joint Motion to Continue/Extend Discovery, Expert and Dispositive Motion Deadlines. For good cause shown, the Joint Motion (Doc. 16) is hereby **GRANTED**, and this matter shall proceed as follows:

| | |
|---|---|
| Primary Expert Designations | August 15, 2022 |
| Rebuttal Expert Designations | September 15, 2022 |
| Discovery Deadline | October 15, 2022 |
| Telephone Status Conference | November 8, 2022, at 10:30 a.m. |
| Dispositive Motion Deadline | November 15, 2022 |

The remainder of the schedule is unaffected.

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge