IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SENECA BROWN, | : |
| Plaintiff, | : CASE NO. 3:21-cv-199 |
| vs. | : JUDGE: THOMAS M. ROSE |
| ARAMARK CORRECTIONAL SERVICES, LLC, | : |
| Defendant. | : |

## ORDER

With respect to the Oral Motion of Defendant's Counsel presented during the December 6, 2022 Status Conference, to extend the Dispositive Motion/Motion Summary Judgment Deadline to December 30, 2022 and for good cause shown, the Oral Motion to Extend the Dispositive Motion/Motion for Summary Judgment Deadline to December 30, 2022 is hereby **GRANTED.**

**IT IS SO ORDERED.**

Thomas M. Rose, Judge
United States District Court

15551333.1